STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Kevin Paul Fontenot
Scofield, Gerard, Singletary
901 Lakeshore Drive, Suite 901
Lake Charles LA 70601

**REHEARING ACTION: December 26, 2012**

**Docket Number: 12   00348-CA**

**CONN-BARR, LLC**
**VERSUS**
**DIANA ISTRE FRANCIS**

**Appealed from Calcasieu Parish Case No. 2011-162**

**BEFORE JUDGES:**

    Hon. Sylvia R. Cooks
    Hon. Marc T. Amy
    Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Conn-Barr, LLC** has this day been

    **DENIED.**
    Cooks, J., would grant rehearing.

cc: John Michael Veron, Counsel for the Appellee